UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NANCY M., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-CV-2230 |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

### ORDER

A Report and Recommendation (#16) was filed by Magistrate Judge Eric I. Long in the above cause on August 21, 2019. On September 9, 2019, Plaintiff, Nancy M., filed her Objection to Report and Recommendation (#17). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#16). This court agrees that Defendant's Motion for Summary Judgment (#15) should be GRANTED and Plaintiff's Motion for Summary Judgment (#14) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The clerk is directed to substitute Andrew Saul for Nancy Berryhill as Defendant in this case.

(2) The Report and Recommendation (#16) is accepted by this court.

(3) Defendant's Motion for Summary Judgment (#15) is GRANTED and Plaintiff's Motion for Summary Judgment (#14) is DENIED.

(4) This case is terminated.

ENTERED this 10th day of September, 2019.


                         s/ COLIN S. BRUCE
                         U.S. DISTRICT JUDGE